**Order entered June 13, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-03-01058-CR

**JEROME JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F01-53637-IH**

## ORDER

The Court has before it appellant's June 5, 2013 motion to withdraw the mandate that issued on December 28, 2005. Appellant asserts the Court lacked jurisdiction over the appeal because no notice of appeal was filed "within the 90 day period after the Motion for New Trial had become overruled by operation of law." The Court reviewed its jurisdiction at the time the appeal was filed and concluded it had jurisdiction over the appeal before the case was submitted. Accordingly, we **DENY** appellant's June 5, 2013 motion to withdraw the mandate.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE